CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

July 16, 2015

Honorable Douglas Skemp
Presiding Judge
County Criminal Court No. 3
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-16
Dallas, TX 75207

RE:  05-15-00842/00843/00844-CR
     Bradley Chaney v. The State of Texas

Dear Judge Skemp:

After reviewing the documents before it, the Court notes that none of the boxes is checked on the trial court's certifications of appellant's right to appeal in these cases. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Therefore, please review the record and file, within **TEN DAYS** of the date of the letter, completed certifications that accurately reflects the trial court proceedings. We appreciate your attention to this matter.

Sincerely,

/s/    Lisa Matz, Clerk of the Court

cc:  Kimberly Tucker
     Lori Ordiway

ltr:mrh